FILED IN
COURT OF CRIMINAL APPEALS

OCTOBER 23, 2015

ABEL ACOSTA, CLERK

WR-67,912-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/22/2015 6:24:13 PM
Accepted 10/23/2015 9:31:13 AM
ABEL ACOSTA
CLERK

## WRIT NO. WR-67,912-04

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### EX PARTE JEREMIAH DISNARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W08-53674-N(C) IN THE 195TH DISTRICT COURT FROM DALLAS COUNTY

### <u>MOTION TO ACCELERATE THE ISSUANCE OF THE MANDATE</u>

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

The applicant in this case, Jeremiah Disnard, respectfully submits this motion to accelerate the issuance of the mandate in this case. In support of this motion the applicant would show the following:

1. This Court granted relief in this case on October 14, 2015.

2. A copy of the opinion was ordered sent to the Texas Department of Criminal Justice and the Board of Pardons and Paroles.

3. As of this date the applicant is incarcerated on a warrant issued by the Board of Pardons and Paroles. The applicant is on parole from the original conviction in this case that as of October 14, 2015 was no longer a final or valid conviction. The Board will only release the applicant after the issuance of the mandate in this case.

4. As the State agreed that the applicant was entitled to relief in the trial court, there should be no objection to accelerating the mandate so that the applicant can be released from the warrant issued by the Board of Pardons and Paroles.

WHEREFORE, PREMISES CONSIDERED, the applicant in this case respectfully requests that the Court of Criminal Appeals accelerate the issuance of the mandate and that a copy be sent to the Board of Pardons and Paroles.

Respectfully submitted,

John Creuzot
State Bar No. 05069200
3333 Lee Parkway, Ste 600
Dallas, TX 75219
(214) 701-7755
JudgeJohn@creuzotlawfirm.com

ATTORNEY FOR APPLICANT